# Court of Appeals
# of the State of Georgia

ATLANTA,  September 16, 2020

*The Court of Appeals hereby passes the following order:*

## A21I0046. MYRON IRBY v. SABRINA BARNES.

In this personal injury action arising from an auto accident, the trial court issued an order denying the defendant's "Motion to Dismiss Plaintiff's Complaint or Alternatively Motion for Summary Judgment" on August 4, 2020. The court certified its order for immediate review on August 12, 2020. The defendant then filed this application for interlocutory appeal on September 1, 2020. We, however, lack jurisdiction.

Pursuant to OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had. OCGA § 5-6-34 (b) also requires that the applicant file the application for interlocutory appeal within ten days after entry of the certificate of immediate review. However, the defendant filed this application 20 days after the trial court issued its certificate of immediate review. Accordingly, the defendant's application is untimely and is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  09/16/2020
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.